3

United States District Court
Southern District of Texas
FILED

SEP 20 1999

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | |
|---|---|
| ALVARO SANCHEZ § | |
| TDCJ# 795015 § | |
|    Petitioner-Plaintiff § | |
| § | |
| VS. § | MISC. NO. B-99-030 |
| § | |
| ALLEN POLUNSKY, TEXAS BOARD § | |
| OF CRIMINAL JUSTICE, WAYNE § | |
| SCOTT, TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE § | |
|    Respondent-Defendant § | |

## ORDER

Petitioner, Alvaro Sanchez, has filed a Petition for Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. The State of Texas is hereby ordered to file a response by November 22, 1999.

DONE at Brownsville, Texas, this 20th day of September 1999.

_____
John Wm. Black
United States Magistrate Judge